AO 240A

# UNITED STATES DISTRICT COURT
_____District of New Jersey_____

EDWARD DELCLERQ

                Plaintiff

V.

MICHAEL J. ASTRUE

                Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 10-4999 (SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED, and

☒ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 4th day of October, 2010

Signature of Judicial Officer

Susan D. Wigenton, U.S.D.J.
Name and title of Judicial Officer